IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERSON A. MCGEE,

    Petitioner,                 No. CIV S-10-0137 KJM P

    vs.

ATTORNEY GENERAL STATE OF CALIFORNIA,

    Respondent.                <u>ORDER TO SHOW CAUSE</u>
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner challenges a Sacramento County conviction for brandishing a weapon. On May 16, 2005, petitioner pled guilty and was ordered to serve three years probation. Pet. at 2:1-6. Nothing before the court indicates the term of probation was revoked or extended. This action was filed on January 19, 2010. Petitioner has identified his address as being a residential address in Sacramento.

        This court has jurisdiction to hear a 28 U.S.C. § 2254 petition only if the petitioner is in state custody and if he alleges he is in custody in violation of federal law, or the length of his sentence violates federal law. Nothing before the court suggests that when this action was commenced petitioner was in custody, on probation, or on parole. Rather, it appears

1

he has been discharged from his sentence.  Therefore, this case must be dismissed.  See <u>Maleng v. Cook</u>, 490 U.S. 488, 490-91 (1989).

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause within twenty-one days why this action should not be dismissed for lack of jurisdiction.

DATED: February 12, 2010.

_____
U.S. MAGISTRATE JUDGE

1/md
mcge0137.osc