IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERSON A. MCGEE,

    Petitioner,                        No. CIV S-10-0137 KJM P

    vs.

CALIFORNIA ATTORNEY GENERAL,

    Respondent.                        ORDER

_____/

    Petitioner has filed a request to proceed in forma pauperis on appeal. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal is granted. See 28 U.S.C. § 1915(a).

DATED: May 11, 2010.

_____
U.S. MAGISTRATE JUDGE

1
mcge0137.4a